IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DALANDUS HENDERSON**                                                                                          **PLAINTIFF**

VS.                                                         CIVIL ACTION NO.: 3:13-cv-00006-HTW-LRA

**JACKSON STATE UNIVERSITY, DR. VIVIAN
FULLER, INDIVIDUALLY, DR. CAROLYN
MYERS, INDIVIDUALLY, AND JOHN DOES
1-10**                                                                                                                       **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to an agreement by the parties, this matter has been resolved and the Court may enter an Order of Dismissal with Prejudice of all Plaintiff's claims against the Defendants, Jackson State University, Dr. Carolyn Meyers and Dr. Vivian Fuller.

IT IS THEREFORE ORDERED that all of the Plaintiff's claims against Jackson State University, Dr. Carolyn Meyers and Dr. Vivian Fuller in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the 2nd day of December, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Approved By:

/s/ Jim Waide
Jim Waide
ATTORNEY FOR PLAINTIFF

/s/ LaToya C. Merritt
LaToya C. Merritt
ATTORNEY FOR DEFENDANTS

PD.13806952.1